UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re: )<br>)<br>)<br>CAMILLE VITIELLO AND )<br>FRANCO VITIELLO, DBA )<br>BEACON CUTTER TRUST )<br>)<br>Debtors, )<br>) | Chapter 13<br>Case No. 09-19213(JNF) |

**CERTIFICATE OF SERVICE**

    I, James M. Liston, hereby certify that on October 21, 2009, I served the MOTION TO DISMISS DEBTORS' CHAPTER 13 CASE OR CONVERT DEBTORS' CHAPTER 13 CASE TO CHAPTER 7 on the individuals below through the electronic case filing system.

- Carolyn Bankowski-13    13trustee@ch13boston.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Jarrod M. Hochman    jhochmanlaw@verizon.net
- James M. Liston    jml@bostonbusinesslaw.com, sjm@bostonbusinesslaw.com
- Kristin M. McDonough    kmcdonough@riemerlaw.com, ahall@riemerlaw.com

Dated:  October 21, 2009        /s/ James M. Liston
                                              James M. Liston, Esq.
                                              jml@bostonbusinesslaw.com
                                              Bartlett Hackett Feinberg P.C.
                                              155 Federal Street, 9th Floor
                                              Boston, MA  02110
                                              Tel. (617) 422-0200